AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHRISTOPHER SEAN LAGERVALL,
a.k.a Abdul Rahman Ali,

              Plaintiff,

       v.

ELDON VAIL and GREGORY GARRINGER,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-0570-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Plaintiff's Motion, (ECF No. 12), is GRANTED, and the Complaint is DISMISSED WITHOUT PREJUDICE.

February 12, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia